IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DYNAMIC SPORTS NUTRITION, LLC | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:14-CV-02624 |
| VITAL PHARMACEUTICALS, INC. d/b/a VPX, | § § § § | |
| *Defendant.* | § § | |

## STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

TO THE HONORABLE U.S. DISTRICT JUDGE HUGHES:

Plaintiff **Dynamic Sports Nutrition, LLC** ("DSN") has chosen to assert its claims against Defendant **Vital Pharmaceuticals, Inc.** ("VPX") as counterclaims to an earlier-filed lawsuit that VPX filed against DSN on September 3, 2014, in the United States District Court for the Southern District of Florida, Case No. 14-cv-62011.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, both DSN and VPX hereby stipulate to the dismissal, without prejudice, of the claims asserted by DSN against VPX in the above-captioned civil action, so that those claims can be adjudicated as counterclaims to the claims brought by VPX against DSN in the United States District Court for the Southern District of Florida, Case No. 14-cv-62011. FED. R. CIV. P. 41(a)(1)(A)(ii).

DATE: November 20, 2014             Respectfully submitted,

**HICKS THOMAS LLP**
A REGISTERED LIMITED LIABILITY PARTNERSHIP

By: _____
**Stewart Hoffer**
State Bar No. 00790891
Federal Bar No. 20123
700 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: 713.547.9138
Facsimile: 713.547.9150

**ATTORNEYS FOR PLAINTIFF
DYNAMIC SPORTS NUTRITION, LLC**

By: _____
**Marc Kesten**
Florida Bar No. 691801
Vital Pharmaceuticals, Inc.
1600 North Park Drive
Weston, Florida 33326
Telephone: 954.571.0640 (ext. 293)
Facsimile: 954.389.6254
Email: marc.kesten@vpxsports.com

**ATTORNEYS FOR DEFENDANT
VITAL PHARMACEUTICALS, INC.**