| United States District Court | Southern District of Texas |
|---|---|

Dynamic Sports Nutrition, LLC, §
§
    Plaintiff, §
§
versus §    Civil Action H-14-2624
§
Vital Pharmaceuticals, Inc., §
§
    Defendant. §

## Final Dismissal

On the parties' agreement, this case is dismissed without prejudice.

Signed on November 21, 2014, at Houston, Texas.

Lynn N. Hughes
United States District Judge